**Order entered September 17, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00503-CV

### GWENDOLYN GABRIEL, Appellant

### V.

### MERRY OUTLAW, Appellee

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-02456**

## ORDER

Before the Court is appellee's September 13, 2018 unopposed second motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 19, 2018. We caution that further extension requests will be disfavored.

/s/    DAVID EVANS
         JUSTICE